```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No.  <u>11-20206</u> |
| ) | |
| **KALA BRAY,** ) | |
| ) | |
| Defendant. ) | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

Comes now the United States by and through counsel Edward L. Stanton, III, United States Attorney for the Western District of Tennessee, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u>.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.

2. The United States has no objections to the Pre-sentence Report.

                                              Respectfully submitted,

                                              EDWARD L. STANTON, III
                                              United States Attorney

                               By:  <u>s/JONATHAN SKRMETTI</u>
                                           JONATHAN SKRMETTI
                                           Assistant United States Attorney
                                           167 N. Main, Room 800
                                         Memphis, TN  38103
                                         (#23712 Tennessee)

**CERTIFICATE OF SERVICE**

   I, Jonathan T. Skrmetti, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position Paper has been sent via Court's electronic filing system.

   This 3rd day of February, 2012.

                                s/JONATHAN SKRMETTI
                                JONATHAN SKRMETTI
                                Assistant United States Attorney
                                167 N. Main, Room 800
                                Memphis, TN  38103
                                (#23712 Tennessee)